460

(No. 74-CC-676—Claimant ▮▮▮▮▮

ROBERT F. VESPA, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 13, 1974.*

ROBERT F. VESPA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-686—Claimant ▮▮▮▮▮

W. W. DAVIDSON, M.D., S.C., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 13, 1974.*

W. W. DAVIDSON, M.D., S.C., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.